IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

vs.                                                No. 1:22-cv-00545-KWR-LF

RNS AUTO SERVICES, LLC,
SAM MONTOYA, *individually and as owner*
*And principal of RNS Auto Services, LLC,*
MIKE KOTA, GLYNN PATRICK AGUILAR,
A-QUALITY AUTO SALES, INC.,
FELICIA RICHESIN, *individually and as owner*
*Of A-Quality Auto Sales, Inc.,* and SHAWN RICHESIN,

    Defendant.

## JUDGMENT

Consistent with the Memorandum Opinion and Order (**Doc. 34**) entered **July 7, 2023**, the Court enters declaratory judgment in Plaintiff's favor against Defendants. Specifically, the Court enters declaratory judgment that the February 2, 2016 accident in which Felicia Richesin was injured is a single occurrence and the Montoya RNS Policy liability coverage limit for [that] accident is $500,000.

    **IT IS SO ORDERED AND ADJUDGED.**

                                                        **KEA W. RIGGS**
                                                        **UNITED STATES DISTRICT JUDGE**